# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JESTER TAGGERT,<br>CDCR #F-29271,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DR. JACK ST. CLAIR, et al.,<br><br>　　　　　　　　　　Defendants. | Civil No.   08-0861 RTB (NLS)<br><br>**ORDER DISMISSING ACTION** |

## I.

### PROCEDURAL HISTORY

On June 19, 2008, Plaintiff, an inmate currently incarcerated at the Sierra Conservation Center located in Jamestown, California and proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not prepay the $350 filing fee mandated by 28 U.S.C. § 1914(a) to commence a civil action; instead, he filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No. 4]. The Court granted Plaintiff's Motion to Proceed *IFP* on July 18, 2008 [Doc. No. 5].

/ / /

1    On November 25, 2008, this matter was reassigned to District Judge Roger T. Benitez for
2 all further proceedings [Doc. No. 9].   On January 15, 2009, the Court sua sponte dismissed
3 Plaintiff's Complaint for failing to state a claim upon which relief could be granted pursuant to
4 28 U.S.C. §§ 1915(e)(2) & 1915A(b).  *See* Jan 15, 2009 Order at 5.  Plaintiff was granted forty
5 five (45) days leave to file an Amended Complaint. *Id.* at 4-5.  On February 12, 2009, Plaintiff
6 filed a "Request for Extension of Time" to file his First Amended Complaint [Doc. No. 12].  The
7 Court granted Plaintiff's request and ordered him to file his First Amended Complaint no later
8 than April 20, 2009.  *See* March 3, 2009 Order at 2.  Plaintiff then filed a second request for
9 extension of time to file his First Amended Complaint [Doc. No. 14].   The Court granted
10 Plaintiff's request and ordered him to file his First Amended Complaint by June 8, 2009.  *See*
11 Apr. 20, 2009 Order at 2.   That time has passed and Plaintiff has not filed an Amended
12 Complaint.

## II.

### CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

This action is **DISMISSED** without prejudice for all the reasons stated in the Court's previous Orders and for failing to comply with the Court's April 20, 2009 Order.  The Clerk shall enter judgment accordingly and close the file.

DATED: July 17, 2009

Hon. Roger T. Benitez
United States District Judge